AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 22-mj-00068-GPG |
| ) | |
| Anthony James Romero ) | |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 25, 2022  in the county of  Mesa  in the   District of  Colorado , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of and possession with intent to distribute controlled substances; |
| 21 U.S.C. § 843(b) | Use of a communication facility to commit a felony drug trafficking offense |

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

s/ Daniel Porter
*Complainant's signature*

Daniel Porter - Inspector, U.S. Postal Inspection
*Printed name and title*

Sworn to before me and ☐ signed in my presence. ☒ submitted, attested to, and acknowledged by reliable electronic means.

Date:  4/18/22

*Judge's signature*

City and state:  Grand Junction, CO    Gordon P. Gallagher - USMJ
*Printed name and title*