| | |
|---|---|
| DEFENDANT: | Anthony James Romero |
| YOB/AGE: | **1991/30** |
| COMPLAINT FILED? | _____ Yes       _____ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| OFFENSE(S): | 21 U.S.C. § 841(a)(1), Distribution of and possession with intent to distribute controlled substances<br>21 U.S.C. § 843(b), Use of a communication facility to commit a felony drug trafficking offense. |
| LOCATION OF OFFENSE: | Mesa, Colorado |
| PENALTY: | NLT 10 years imprisonment, NMT $250,000 fine or both; NMT 3 years supervised release; $100 Special Assessment<br><br>NMT 4 years imprisonment, NMT $250,000 fine or both; NMT 3 years supervised release; $100 Special Assessment |
| AGENT: | Daniel Porter, Inspector, U.S. Postal Inspection Service |
| AUTHORIZED BY: | Pete Hautzinger<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

  X   five days or less       \_\_\_\_ over five days

THE GOVERNMENT

X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.