AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Anthony James Romero<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 22-mj-00068-GPG |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Anthony James Romero,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

Distribution of and possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1);
Use of a communication facility to commit a felony drug trafficking offense, in violation of Title 21, United States Code, Section 843(b).

Date: 4/18/22

*Issuing officer's signature*

City and state: Grand Junction, Colorado          Gordon P. Gallagher - USMJ
                                                 *Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*