IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-mj-00068-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY JAMES ROMERO, Defendant.

---

## MOTION TO RESTRICT

---

    The United States of America, by and through Pete Hautzinger, Assistant United States Attorney, moves the Court to enter an Order restricting the case, including the Criminal Complaint, Affidavit in Support of Criminal Complaint, and Arrest Warrant in the above-named matter, as well as this Motion and the Court's Order restricting these documents at Level 3, and as grounds therefore submits the following:

    1.  A Criminal Complaint, Affidavit in Support of Criminal Complaint, Arrest Warrant, and this Motion have been filed as part of a continuing criminal investigation.

    WHEREFORE, the Government respectfully moves that the case, the Criminal Complaint, Affidavit in Support of Criminal Complaint, Arrest Warrant, this Motion, and the Court's Order restricting these documents be restricted at Level 3 until further order of the Court.

Dated this 18th day of April, 2022.

                         Respectfully submitted,

                         COLE FINEGAN
                         United States Attorney

                         *s/ Pete Hautzinger*

                         By:  PETE HAUTZINGER
                         Assistant U.S. Attorney
                         205 N. 4th St., Ste. 400
                         Grand Junction, CO 81501
                         Telephone: 970-257-7113
                         E-mail: peter.hautzinger@usdoj.gov
                         Attorney for Government