IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Criminal Case No. 22-MJ-68-GPG         Court Deputy: A. Barnes
**Date:   April 20, 2022**                    Recorder: Grand Jct - FTR

UNITED STATES OF AMERICA,
Plaintiff,

v.

**1. ANTHONY JAMES ROMERO,**
Defendants.

---

Minutes: Initial Appearance

---

1:05 PM

Defendant Romero appeared in custody in person from the Mesa County Detention Facility. AUSA Peter Hautzinger appeared in person. AFPD Mary Butterton appeared via VTC. P.O. Jason Cohen appeared via telephone.

The Court advised the Defendant on the Complaint.

Defendant filed a financial affidavit and requested court-appointed counsel. The Court found that Defendant qualified for court-appointed counsel.

ORDERED:   Court-appointed counsel is hereby Ordered per the CJA Plan. AFPD Mary Butterton accepted the appointment on behalf of the FPD.

The Government was seeking detention.

ORDERED: Detention Hearing set for **2:00 p.m. on Monday, April 25, 2022** in Room 323 of the Aspinall Federal Building before Magistrate Judge Gallagher. Parties may appear via VTC; and the call-in number is 571-353-2301, 435004390 #.

ORDERED: Defendant is remanded into USMS custody.

**ORDERED: Per the Government's request, the case shall be UNSEALED.**

Hearing concluded at: 1:12 PM
Hearing duration: 7 minutes