AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 22-mj-00068-GPG |
| | ) | |
| Anthony James Romero | ) | |
| | ) | |

*Defendant(s)*

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 19, 2022** in the county of **Mesa** in the District of **Colorado**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846 and 841(a)(1) | Conspiracy to distribute and possess with intent to distribute controlled substance; |
| 21 U.S.C. § 843(b) | Use of a communication facility to commit a felony drug trafficking offense; |
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm. |

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☒ Continued on the attached sheet.

s/ Daniel Porter
*Complainant's signature*

Daniel Porter - Inspector, U.S. Postal Inspection
*Printed name and title*

Sworn to before me and ☐ signed in my presence. ☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 4/22/22

*Judge's signature*

City and state: Grand Junction, CO     Gordon P. Gallagher - USMJ
*Printed name and title*