| | |
|---|---|
| <u>DEFENDANT:</u> | Anthony James Romero |
| <u>YOB/AGE</u>: | **1991/30** |
| <u>OFFENSE(S):</u> | 21 U.S.C. §§ 846 and 841(a)(1), Conspiracy to distribute and possess with intent to distribute controlled substances |
| | 21 U.S.C. § 843(b), Use of a communication facility to commit a felony drug trafficking offense. |
| | 18 U.S.C. § 922(g)(1), Possession of a firearm by prohibited person |
| <u>LOCATION OF OFFENSE:</u> | Mesa, Colorado |
| <u>PENALTY:</u> | NLT 10 years imprisonment, NMT $250,000 fine or both; NMT 3 years supervised release; $100 Special Assessment |
| | NMT 4 years imprisonment, NMT $250,000 fine or both; NMT 3 years supervised release; $100 Special Assessment |
| | NMT 10 years imprisonment, NMT $250,000 fine or both; NLT 3 years supervised release; $100 Special Assessment |
| <u>AGENT:</u> | Daniel Porter, Inspector, U.S. Postal Inspection Service |
| <u>AUTHORIZED BY:</u> | Pete Hautzinger<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

__X__ five days or less       ____ over five days

<u>THE GOVERNMENT</u>

X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.