IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Colorado Case No. 22-MJ-68-GPG              Court Deputy: A.Barnes
Date: April 29, 2022                         Recorder: Grand Junction

UNITED STATES OF AMERICA,
Plaintiff,

vs.

**ANTHONY JAMES ROMERO,**
Defendant.

---

MINUTES: PRELIMINARY HEARING and DETENTION HEARING

---

Court in Session: 10:59 a.m.

Defendant appeared in person in custody.  AFPD Jared Westbroek also appeared as did  AUSA Peter Hautzinger.  Probation Officer Jason Cohen appeared via telephone.

With regard to the preliminary hearing, the Government called its first, and only, witness to the stand: US Postal Inspector, Daniel J. Porter.

The witness was sworn.

11:03 AM:  Direct Exam of Inspector Porter by AUSA Hautzinger
11:34 AM: Cross Exam by AFPD Jared Westbroek
12:20 PM: End Cross Exam

The Court heard offers of proof and argument both from the Government and from Defense Counsel as to probable cause to support/not support the charges of the Amended Criminal Complaint at D. 11.

ORDERED: The Court finds probable cause to support all of the charges of the Amended Criminal Complaint and the case shall proceed.

With regard to Detention, all parties were in possession of the bond report prepared by Probation.
The Court heard offers of proof and argument both from the Government and from Defense Counsel.

Page 2

Ordered:  Defendant Romero will remain remanded to the custody of the USMS.  The Court will issue a separate Detention Order.

Ordered:  Arraignment, Discovery Conference and Trial Setting is set for **8:30 AM on Friday, May 20, 2022** in Room 323/Grand Junction before US Magistrate Judge Gordon P. Gallagher. <u>Defendant Romero shall appear in-person.</u>  Attorneys may appear in-person or  via VTC.  The public may appear in person, via VTC, or by calling 571-353-2301, Access Code 435004390#.

Court in recess: 12:45 p.m.
Hearing duration: 1 hour and 46 minutes